# Court of Appeals
# of the State of Georgia

ATLANTA,  August 28, 2012

*The Court of Appeals hereby passes the following order:*

**A12D0501.  REGINALD K. CARSON v. THE STATE.**

Reginald Carson was convicted of armed robbery, and his conviction was affirmed on appeal in 2003. See *Carson v. State*, 264 Ga. App. 763 (592 SE2d 161) (2003).  In March of 2011, Carson filed an extraordinary motion for new trial.  On May 4, 2012, the trial court entered an order denying Carson's motion.[1]  On August 3, 2012, Carson filed an application for discretionary appeal.

To be valid, an application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992).  Because Carson filed his application 91 days after entry of the order he seeks to appeal, the application is untimely and is thus DISMISSED for lack of jurisdiction.

---

[1] Carson also filed a motion for an out-of-time appeal, which was denied.  The denial of a motion for out-of-time appeal is directly appealable. *Lunsford v. State*, 237 Ga. App. 696 (515 SE2d 198) (1999).  However, Carson is not entitled to an out-of-time appeal because he has already had a direct appeal from his conviction and sentence.  See *Richards v. State*, 275 Ga. 190, 191 (563 SE2d 856) (2002).  In any event, his appeal from the denial of his motion for an out-of-time appeal is untimely. See OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 08/28/2012
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*